# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0623
L.T. Case No. 1994-CF-3520

_____

LARRY WILLIAM ARTIST, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Marion County.
Lisa D. Herndon, Judge.

Larry William Artist, Jr., Jasper, pro se.

Ashley Moody, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona Beach, for Appellee.

April 30, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EISNAUGLE, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____